UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    24-CV-939 (JLS) (LGF)

ESTATE OF MARY J. JACOBSON;
UNKNOWN HEIRS OF MARY J.
JACOBSON, *Dec'd (DOD 10/15/2022)*,

        Defendants

_____

## DECISION AND ORDER

Plaintiff commenced this action, which seeks foreclosure of a property in Blasdell, New York, against Defendants in September 2024. Dkt. 1. Plaintiff moved for entry of default on July 9, 2025, which the Clerk of Court entered on July 10, 2025. Dkt. 8; Dkt. 9. Plaintiff moved for a judgment of foreclosure and sale on July 24, 2025. Dkt. 10. No party responded to that motion.

This Court referred the case to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 11. On January 14, 2026, Judge Foschio issued a Report and Recommendation ("R&R"), recommending that this Court deny the motion for a judgment of foreclosure and sale. *See* Dkt. 13. No party filed objections, and the time to do so has passed.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. See *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, the Court accepts Judge Foschio's recommendation.

For the reasons stated above, and in the R&R, this Court DENIES Plaintiff's motion for a judgment of foreclosure and sale (Dkt. 10), without prejudice. The case is referred back to Judge Foschio for further proceedings, consistent with the referral order at Dkt. 11.

SO ORDERED.

Dated:   February 11, 2026
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE